## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YEWANDE MASI,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.<br><br>    Defendants. | **Civil Action No.** 1:17-cv-10115-FDS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), the undersigned parties hereby stipulate and agree that all claims asserted in this action are hereby dismissed, *with prejudice*, with no rights of appeal and with each party bearing its own costs and fees.

Respectfully submitted,

YEWANDE MASI, *pro se*

/s/ Yewande Masi
200 Highland Street, Apt# 1
Roxbury, MA 02119-1444
yewande.masi@gmail.com

Respectfully submitted,

CAPITAL ONE BANK (USA), N.A.,

By their attorneys,

/s/ Michael E. Pastore
David G. Thomas (BBO # 669692)
Greenberg Traurig, LLP
One International Place
Boston, MA  02110
Tel:  (617) 310-6000
Fax:  (617) 310-6001
thomasda@gtlaw.com

Dated:  August 11, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be sent to those indicated as non-registered participants on August 11, 2017.

                                              /s/ Michael E. Pastore